UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED

11 FEB -4 AM 9:25

CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>    vs.<br><br>TONATIUH PEDRO ORTIZ,<br><br>               Defendant. | CASE NO. 10CR4895-BEN<br><br>JUDGMENT OF DISMISSAL |

      IT APPEARING that the defendant is now entitled to be discharged for the reason that:

\_\_\_   an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

\_\_\_   the Court has dismissed the case for unnecessary delay; or

_X_   the Court has granted the motion of the Government for dismissal; or

\_\_\_   the Court has granted the motion of the defendant for a judgment of acquittal; or

\_\_\_   a jury has been waived, and the Court has found the defendant not guilty; or

\_\_\_   the jury has returned its verdict, finding the defendant not guilty;

_X_   of the offense(s) of the Information: **TITLE 8 U.S.C. §1326(a)**.

      IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: FEBRUARY 4, 2011

                                    HON. ROGER T. BENITEZ
                                    UNITED STATES DISTRICT JUDGE